**Order entered September 21, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01423-CV

## IN RE CALIBER HOME LOANS, INC., Relator

## Original Proceeding from the 95th District Court
## Dallas County, Texas
## Trial Court Cause No. DC-19-08719

## ORDER
Before Justice Myers, Molberg and Nowell

Based on the Court's opinion of this date, we **DISMISS** relator's petition for

writ of mandamus.

/s/     ERIN A. NOWELL
         JUSTICE